ROSARIO R. LO PRESTI et al., Respondents, *v.* PIERINA VALENTI, Appellant.

Submitted June 1, 1953; decided June 5, 1953.

*Andrew Wright Lent* for motion.

*John T. Mazzeo* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.